UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 03 2017 ★

BROOKLYN OFFICE

**TOVA HARTMAN** individually
and all other similarly situated consumers,

Plaintiff,

v.

**MRS BPO LLC**

Defendant.

STIPULATION OF DISMISSAL

Case No. 1:17-cv-02445-RJD-VMS

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members other than Plaintiff, if any.

Dated this 2nd day of August, 2017

/s/ David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY  11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

/s/ Michael T. Etmund
Michael T. Etmund, NY REG # 5168331
Moss & Barnett
150 South Fifth Street
Suite 1200
Minneapolis MN  55402-4129
Telephone:  (612) 877-5000
Email:  Mike.Etmund@lawmoss.com

Attorney for Defendant

So ordered.

s/ RJD